ROCCO VENUTO, Appellant, *v.* WINE GROWERS GUILD, Respondent.

Argued April 8, 1954; decided May 20, 1954.

*Salem G. Mansour* for appellant.
*John R. Weaver* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.